## May 15, 1967

## Anthony Wayne Bar & Restaurant, Incorporated, Westbury Bar, Liquor License Case.

Argued March 23, 1967. *Sheldon Tabb,* for appellant; *James Iannucci,* Special Assistant Attorney General, with him *I. Harry Checchio,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

WATKINS, J., absent.

## Barris et al., Appellants, *v.* McCartney.

Argued March 22, 1967. *I. Leonard Hoffman,* with him *Charles R. Weiner,* and *Weiner, Basch, Lehrer & Cheskin,* for appellants; *William J. O'Brien,* with him *Edward A. Sawin, Jr.,* and *Pepper, Hamilton & Scheetz,* for appellee.

Judgments affirmed.

MONTGOMERY, J., would grant a new trial generally.